**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01964-REB-CBS

SYLVIA FLETCHER, individually,

      Plaintiff,

v.

ROCKY MOUNTAIN MOTORISTS, INC., d/b/a AAA COLORADO, INC., a Colorado corporation,

      Defendant.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

      On January 3, 2006, the parties filed a **Stipulation of Dismissal With Prejudice** [#8].  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation of Dismissal With Prejudice** [#8], filed January 3, 2006, is **APPROVED**; and

      2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated January 3, 2006, at Denver, Colorado.

                              BY THE COURT:

                              s/ Robert E. Blackburn
                              Robert E. Blackburn
                              United States District Judge